# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Reagan Construction Corporation ) | ASBCA No. 58846 |
| ) | |
| Under Contract No. W912WJ-11-C-0014 ) | |

APPEARANCES FOR THE APPELLANT:    Girard R. Visconti, Esq.
Jessica L. Papazian-Ross, Esq.
  Visconti, Boren & Campbell Ltd.
  Providence, RI

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Kathleen M. Pendergast, Esq.
  Assistant District Counsel
Ryan T. Killman, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, New England

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58846, Appeal of Reagan Construction Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals